OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

SAN ANTONIO



PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1R          DEC 16 2014
0006557458
MAILED FROM ZIP CODE 78701

U T F

RE: WR-80,842-01



RICKY LEE SMALL
NEY UNIT - TDC #1680487
114 PRIVATE ROAD 4303
HONDO, TX 78861-3812

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS* OF TEXAS